Official Form 411A (12/18)

# United States Bankruptcy Court

_____ District Of _____

In re  NERDWALLET , INC.   45-4180440          Case No. _____
         Debtor
                                                Chapter _____

## GENERAL POWER OF ATTORNEY

To  WILLIE JOHNSON         of *  65 SIDNEY ST: BUFFALO,NY 14211 .   , and

ROBERT W JOHNSON           of *  65 SIDNEY ST : BUFFALO,NY 14211 .   .

The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [if appropriate] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Dated: 03/01/2024

Signed: _ROBERT JOHNSON_ (DocuSigned by: 98DEAE1E2B78466...)

By: WILLIE JOHNSON

as NERDWALLET,INC. 45-4180440

Address: 65 SIDNEY ST : BUFFALO,NY 14211 .

[*If executed by an individual*] Acknowledged before me on  n/a  .

[*If executed on behalf of a partnership*] Acknowledged before me on  n/a  , by _____ who says that he [*or* she] is a member of the partnership named above and is authorized to execute this power of attorney in its behalf.

[*If executed on behalf of a corporation*] Acknowledged before me on  MARCH 02 , 2024  , by  WILLIE JOHNSON  who says that he [*or* she] is  POWER OF ATTORNEY  of the corporation named above and is authorized to execute this power of attorney in its behalf.

Signed: _ROBERT JOHNSON_ (DocuSigned by: 98DEAE1E2B78466...)
ROBERT W JOHNSON

[*Official character.*]

* State mailing address.

65 SIDNEY ST : BUFFALO, NY 14211 .