# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-10320 (___) |
| NerdWallet, Inc., | ) |
| | ) |
| Alleged Debtor. | ) |
| | ) |

## NOTICE OF FRAUDULENT FILING
## AND REQUEST FOR IMMEDIATE DISMISSAL

NerdWallet, Inc. ("**NerdWallet**"), by and through its undersigned attorneys, hereby submits this notice of fraudulent filing and request to dismiss the above-captioned matter, and respectfully states as follows:

1. NerdWallet is a public company listed on NASDAQ under the ticker symbol NRDS. NerdWallet is a personal finance company offering a variety of products that provide information intended to educate their users in making financial decisions.

2. On March 2, 2024, a person or persons by the name Willie Johnson and/or Robert W. Johnson purported to file on behalf of NerdWallet the *Application for Individuals to Pay the Filing Fee in Installments* (the "**Filing Fee Waiver**") and the *Power of Attorney* attached thereto (the "**Power of Attorney**") that are docketed as D.I. 1.

3. These filings were not made by NerdWallet or authorized by NerdWallet to be made on its behalf. They are fraudulent and unauthorized.

4. As set forth in the accompanying declaration filed by NerdWallet's chief legal officer, Ekumene M. Lysonge that is attached as **Exhibit B** (the "**Lysonge Declaration**"), in the "Filing Fee Waiver," a person named "Willie Johnson" purports to sign on behalf of NerdWallet as its "attorney." Willie Johnson is not, and never was, an attorney for NerdWallet. He did not

RLF1 30642719v.2

have authority to make this filing on behalf of NerdWallet or to act on behalf of NerdWallet in any way whatsoever.  Lysonge Dec. ¶¶ 4–5.

5. Likewise, in the "Power of Attorney" that is attached to the "Filing Fee Waiver," both "Willie Johnson" and "Robert W. Johnson" purport to sign on behalf of NerdWallet.  Willie Johnson and Robert W. Johnson are not attorneys for, authorized representatives or agents of, employed by, or affiliated with NerdWallet or any of its affiliates.  Neither Willie Johnson nor Robert W. Johnson was authorized to execute a power of attorney on behalf of NerdWallet, to file such a document, or more generally to act on behalf of NerdWallet in any way whatsoever.  *Id.* ¶ 6.

6. In addition, neither the Filing Fee Waiver nor the Power of Attorney appears to be an actual bankruptcy petition.  Rather, the Filing Fee Waiver appears to be an incoherent request to pay the bankruptcy "filing fee" in installments of $999,999,999.  And the Power of Attorney is a false document that purports to provide Mr. Johnson with the power to vote or perform acts for NerdWallet in this case.  Thus, although the filing commenced an "involuntary chapter 11" case, that does not reflect the actual filing that Mr. Johnson has made (putting aside its fraudulent nature).

7. Because there is no actual bankruptcy petition on file, there is no petition to dismiss.  Rather, pursuant to its inherent power under Bankruptcy Code § 105 to manage its own docket, the Court should direct the clerk to close the docket as if it had never been opened.  *See, e.g.*, *Lacey v. Cessna Aircraft Co.*, 932 F.2d 170, 176 (3d Cir. 1991) (a court has "substantial discretion in managing its own docket"); *Copley Press, Inc. v. Peregrine Sys., Inc. (In re Peregrine Sys., Inc.)*, 311 B.R. 679, 690 (D. Del. 2004) ("Section 105 specifically codifies what are traditionally called

RLF1 30642719v.2

'inherent powers' to give the bankruptcy courts the necessary ability to manage the cases on their docket.") (note omitted).

8. Even had Mr. Johnson filed a bankruptcy petition—which again, he has not—the fraudulent nature of the filing, which was made without authorization, would be grounds for expungement of the case. *See In re Joyce*, 399 B.R. 382, 385–87 (Bankr. D. Del. 2009) (Walsh, J.) (surveying case law and noting that although expungement is an extraordinary remedy, it is warranted upon a fraudulent or unauthorized filing).

9. Mr. Johnson appears to have a history of fraudulent and vexatious filings. As detailed in the Bloomberg article attached as **Exhibit C**, in February 2024 he fraudulently filed chapter 15 bankruptcy petitions in bankruptcy courts in Wisconsin, Illinois, and Colorado allegedly on behalf of Carrols, LLC, the largest franchiser of Burger King franchises in the country. Those courts all appear to have promptly dismissed. Likewise, as detailed in a motion to dismiss that the Office of the United States Trustee (the "**U.S. Trustee**") filed to one of those fraudulently filed cases, Mr. Johnson has a long history of frivolous filings in the federal courts, which has caused some courts to issue bar orders against him (*See* **Exhibit D**).

10. NerdWallet has provided email notice of this filing to Mr. Johnson at the email address reflected on the ECF docket, and to the U.S. Trustee for the District of Delaware. Under the circumstances of this case, NerdWallet submits that no other or further notice is required, and that sufficiently exigent circumstances exist for the Court to act immediately without the need for a hearing.

## CONCLUSION

11. NerdWallet requests that the Court exercise its inherent power over the docket to dismiss and close the case. A Proposed Order is attached as **Exhibit A**.

Dated: March 3, 2024
Wilmington, Delaware

/s/ Zachary I. Shapiro
**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Cory D. Kandestin (No. 5025)
Emily R. Mathews (No. 6866)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: shapiro@rlf.com
kandestin@rlf.com
mathews@rlf.com

**-and-**

**JONES DAY**
Oliver S. Zeltner
Nick Buchta
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile (216) 586-0212
Email: ozeltner@jonesday.com
nbuchta@jonesday.com

*Counsel for NerdWallet*