# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-10320 (___) |
| NerdWallet, Inc., | ) | |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

**ORDER DISMISSING CASE**

Upon consideration of the *Notice of Fraudulent Filing and Request for Immediate Dismissal* filed by NerdWallet, Inc. and the declaration submitted in connection therewith; and after due deliberation and the Court having determined that just cause exists for the relief granted herein;

**IT IS HEREBY DETERMINED AND ORDERED THAT:**

1. The "Filing Fee Waiver" and "Power of Attorney" filed at D.I. 1 are not bankruptcy petitions that can properly commence a bankruptcy case.

2. The above-captioned case of NerdWallet, Inc., Case No. 24- 10320 (___) is hereby dismissed, effective as of the date of the entry of this Order.

3. The Clerk is directed to close the case.