## EXHIBIT B

**Lysonge Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| NerdWallet, Inc., | ) Case No. 24-10320 (___) |
| | ) |
| Alleged Debtor. | ) |
| | ) |

**DECLARATION OF EKUMENE M. LYSONGE
IN SUPPORT OF NOTICE OF FRAUDULENT
FILING AND REQUEST FOR IMMEDIATE DISMISSAL**

1. I, Ekumene M. Lysonge, submit this declaration (this "**Declaration**") pursuant to 28 U.S.C. § 1746, and state:

2. I am employed as Chief Legal Officer at NerdWallet, Inc. ("**NerdWallet**"), which has its principal place of business at 55 Hawthorne Street, 10th Floor, San Francisco, California 94105. I submit this Declaration on behalf of NerdWallet in support of the *Notice of Fraudulent Filing and Request for Immediate Dismissal* filed by NerdWallet contemporaneously herewith. I am duly authorized to execute this Declaration in my capacity as Chief Legal Officer on behalf of NerdWallet. I have personal knowledge regarding the matters herein based upon, among other things, my familiarity with NerdWallet, my position as Chief Legal Officer, and my review of business and other records.

3. NerdWallet is a public company with its stock listed on Nasdaq under the ticker symbol NRDS. Broadly speaking, NerdWallet is a personal finance company offering a variety of products that provide information intended to educate their users in making financial decisions.

4. I have reviewed the *Application for Individuals to Pay the Filing Fee in Installments* (the "**Filing Fee Waiver**") and the *Power of Attorney* attached thereto (the "**Power**

**of Attorney**") that are docketed as D.I. 1.  These filings were not made by NerdWallet or authorized by NerdWallet to be made on its behalf.  They are fraudulent and unauthorized.  NerdWallet did not file for bankruptcy, nor did it authorize anyone to file on its behalf.

5. In the "Filing Fee Waiver," a person named "Willie Johnson" purports to sign on behalf of NerdWallet as its "attorney."  Willie Johnson is not, and never was, an attorney for NerdWallet.  As Chief Legal Officer, I am well acquainted with the company's in-house and outside attorneys, and Mr. Johnson is not one of them.  He did not have authority to make this filing on behalf of NerdWallet or to act on behalf of NerdWallet in any way whatsoever. The filing appears to be incoherent, as it requests a "filing fee" of $999 million.  Mr. Johnson did not have authority to make such a request on behalf of NerdWallet.

6. Likewise, in the "Power of Attorney" that is attached to the "Filing Fee Waiver," both "Willie Johnson" and "Robert W. Johnson" purport to sign on behalf of NerdWallet.  Willie Johnson and Robert W. Jonson are not attorneys for, authorized representatives or agents of, employed by, or affiliated with NerdWallet or any of its affiliates.  Neither Willie Johnson nor Robert W. Johnson was authorized to execute a power of attorney on behalf of NerdWallet, to file such a document, or more generally to act on behalf of NerdWallet in any way whatsoever.

7. Prior to discovering the filings on Saturday March 2, 2024, neither NerdWallet nor its duly appointed board of directors or management had ever seen any of the filings that Willie Johnson or Robert W. Johnson has purported to make on behalf of NerdWallet, let alone authorize them.

8. NerdWallet supports the dismissal of this bankruptcy case, both because an actual bankruptcy petition has not been filed, and because the items that have been filed (the Filing Fee Waiver and Power of Attorney) are fraudulent and unauthorized.

2

RLF1 30642672v.2

3

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated:    March 3, 2024
         San Francisco, CA

> /s/ *Ekumene M. Lysonge*
> Ekumene M. Lysonge
> Chief Legal Officer, NerdWallet, Inc.

/