IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NerdWallet, Inc.,<br><br>Alleged Debtor. | ) ) ) ) ) ) ) ) ) Case No. 24-10320 (LSS)<br><br>Re: Docket Nos. 1 & 2 |

## ORDER DISMISSING CASE

Upon consideration of the *Notice of Fraudulent Filing and Request for Immediate Dismissal* filed by NerdWallet, Inc. and the declaration submitted in connection therewith; and after due deliberation and the Court having determined that just cause exists for the relief granted herein;

**IT IS HEREBY DETERMINED AND ORDERED THAT:**

1. The "Filing Fee Waiver" and "Power of Attorney" filed at D.I. 1 are not bankruptcy petitions that can properly commence a bankruptcy case.

2. The above-captioned case of NerdWallet, Inc., Case No. 24- 10320 (LSS) is hereby dismissed, effective as of the date of the entry of this Order.

3. The Clerk is directed to close the case.

**Dated: March 4th, 2024**
**Wilmington, Delaware**

*[signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 30642719v.3